**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00061-CR

### TASHIMA NICOLE EVERHART, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-25802-S**

## ORDER

By letter dated January 23, 2014, the Court notified the trial court that none of the boxes on the certification of appellant's right to appeal is checked. We asked the trial court to review the record and to file, within ten days, a certification that accurately reflects the trial court proceedings. On April 23, 2014, the Court received a clerk's record that also contains the incomplete certification. A completed certification is required in every case in which a defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file the completed certification with this Court within **FIFTEEN DAYS** of the date of the order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Elda Olivas, Court Coordinator, 282nd Judicial District Court; Kendra Matthews-Freeman, Chief Clerk, 282nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE